Candace A. BAKER, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs Respondent–Appellee,

No. 03–7124.

United States Court of Appeals, Federal Circuit.

March 2, 2004.

John H. Williamson, Principal Attorney, Mark A. Melnick, David M. Cohen, Brent M. McBurney, of Counsel Attorneys, Department of Justice, Michael J. Timinski, James T. Dehn, of Counsel Attorneys, Department of Veterans Affairs, Washington, DC, for Defendant–Appellee.

Herbert J. Malveaux, Principal Attorney, Law Office, Washington, DC, for Claimant–Appellant.

Before LOURIE, CLEVENGER, and GAJARSA, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.